UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

LAWRENCE WHITFIELD EL,

    Plaintiff,

    v.                                CAUSE NO. 3:22-CV-439-JD-MGG

WARDEN, et al.,

    Defendants.

## OPINION AND ORDER

Lawrence Whitfield El, a prisoner without a lawyer, filed a complaint under 42 U.S.C. § 1983 against the Warden, Assistant Warden, and Lake County Maintenance Department about the conditions at the Lake County Jail. ECF 1. Now Whitfield El has filed a letter seeking preliminary injunctive relief based on allegations not included in the original complaint. ECF 8. Injunctive relief is not available for matters that fall outside of the complaint, and a complaint cannot be amended by writing a letter to the court. Northern District of Indiana Local Rule 15-1 requires that complaints be amended by "reproduc[ing] the entire pleading as amended" and prohibits "incorporat[ing] any prior pleading by reference." It does not appear that the original complaint contains all of the claims Lawrence Whitfield El wishes to bring against all of the defendants he intends to sue in this lawsuit, and a complaint cannot be amended in piecemeal fashion in federal court. Thus, if Whitfield El wishes the court to consider the additional information contained in his letter, he must submit an amended complaint that is complete in and of itself.

In addition, Whitfield El did not use the court's prisoner complaint form. Pursuant to N.D. Ind. L.R. 7-6, the court requires the use of the **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form.

For these reasons, the court:

(1) DIRECTS the clerk to place this cause number on a blank **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** and send it to Lawrence Whitfield El;

(2) GRANTS Lawrence Whitfield El until **November 18, 2022**, to file an amended complaint on the form provided; and

(3) CAUTIONS Lawrence Whitfield El that, if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED on October 20, 2022

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge